# EXHIBIT

# "A"



Monday, August 15, 2016

DORENE MIRANDA

| ORIGINAL CREDITOR | ACCOUNT # | CHARGED-OFF DATE |
|---|---|---|
| SONICCASH | 5859 | 1/21/2010 |
| URG FILE NUMBER | CURRENT BALANCE | SETTLEMENT AMOUNT |
| 1910 | $330.00 | $200.00 |

URG is contacting you to collect the above described debt.  At this time you have the right to settle your claim for the amount of $.

To make payment or if you have any questions, contact us at 1-866-850-3830 and reference file number 1910 . Once payment is received it will release you of any obligation regarding this matter.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. When calling our offices your call may be recorded for quality and compliance purposes.

Thank you,

*Mike Lamb*

Michael Lamb
Compliance Manager, URG

customerservice@urgonline.com    |    www.urgonline.com    |    866-850-3830 • 9-6 PM  (EST)  M-F    1/1

572 John Ross Parkway, Ste 107 # 12, Rock Hill, SC 29730