**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DORENE MIRANDA,**
      Plaintiff,

vs.           CASE NO. 8:17-cv-797-CEH-AEP

**UNITED RECEIVABLES GROUP, LLC**
**ANGEL LOPEZ, FELIX LOPEZ,**
**ROB ROGERS and MICHAEL LAMB,**
      Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT AND**
**UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

COMES NOW, the Plaintiff, by and through her undersigned counsel, and notifies the Court that the parties are working in good faith to reach a compromise settlement in this matter. Defendant United Receivables Group, LLC's response to the complaint is due on May 30, 2017. The parties request the Court enter an order extending the time for Defendant to answer until June 13, 2017 by which time the parties anticipate being able to reach a settlement in this case.

Respectfully, submitted this 24th day of May 2017, by:

          /s/ Kimberly H. Wochholz
         [ X] Kimberly H. Wochholz
         Fla. Bar No. 0092159
         **The Consumer Rights Law Group, PLLC**
         3104 W. Waters Avenue, Suite 200
         Tampa, Florida 33614-2877
         Tel: (813) 435-5055 ext 101
         Kim@ConsumerRightsLawGroup.com
         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**United Receivables Group, LLC**
c/o The Echols Firm, LLC
115 Oakland Avenue, Suite 102
Rock Hill, South Carolina 29730

**Angel Lopez**
775 Addison Ave
Rock Hill, SC 29730

**Felix Lopez**
775 Addison Ave
Rock Hill, SC 29730

**Rob Rogers**
775 Addison Ave
Rock Hill, SC 29730

**Michael Lamb**
775 Addison Ave
Rock Hill, SC 29730

/s/ Kimberly H. Wochholz
Kimberly H. Wochholz
Fla. Bar No. 0092159