UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORENE MIRANDA,

Plaintiff,

v. Case No: 8:17-cv-797-T-36AEP

UNITED RECEIVABLES GROUP, LLC,
ANGEL LOPEZ, FELIX LOPEZ, ROB
ROGERS and MICHAEL LAMB,

Defendants.
_______________________________________/

**ORDER**

The Court has been advised by the Plaintiff's Notice of Pending Settlement and Unopposed Motion to Enlarge Time to Respond to Complaint (Doc. 12) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on May 26, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record