UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORENE MIRANDA,

    Plaintiff,

v.          Case No: 8:17-cv-797-T-36AEP

UNITED RECEIVABLES GROUP, LLC,
ANGEL LOPEZ, FELIX LOPEZ, ROB
ROGERS and MICHAEL LAMB,

    Defendants.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on May 26, 2017, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 13). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any